| | | | | |
|---|---|---|---|---|
| State v. Ortega | 106,210 | Granted ......... | 10/17/13 | Unpublished |
| State v. Overman | 105,504 | Granted ......... | 10/01/13 | Unpublished |
| State v. Palmer | 108,750 | Denied .......... | 02/12/14 | Unpublished |
| State v. Parker | 107,616 | Granted; summarily reversed; remanded to Dist. Ct. ...... | 01/08/14 | Unpublished |
| State v. Pendleton | 106,747 | Denied .......... | 10/07/13 | Unpublished |
| State v. Perkins | 107,802 | Denied .......... | 11/20/13 | Unpublished |
| State v. Perry | 108,744 | Denied .......... | 02/12/14 | Unpublished |
| State v. Pettay | 107,673 | Granted ......... | 10/01/13 | Unpublished |
| State v. Petty | 105,251 | Denied .......... | 10/17/13 | Unpublished |
| State v. Pitchford | 101,904 | Denied .......... | 02/20/14 | Unpublished |
| State v. Preece | 108,211 108,212 108,213 108,214 | Denied .......... | 11/04/13 | Unpublished |
| State v. Pringle | 107,874 | Denied .......... | 10/29/13 | Unpublished |
| State v. Quested | 106,805 | Granted ......... | 10/17/13 | Unpublished |
| State v. Ragsdale | 108,663 108,664 | Denied .......... | 10/30/13 | Unpublished |
| State v. Randall | 107,849 | Denied .......... | 11/22/13 | Unpublished |
| State v. Redgate | 106,977 | Denied .......... | 12/06/13 | Unpublished |
| State v. Reed | 105,935 | Denied .......... | 10/17/13 | Unpublished |
| State v. Reed | 106,807 | Granted ......... | 10/17/13 | Unpublished |
| State v. Reese | 106,703 | Granted ......... | 10/01/13 | 48 Kan. App. 2d 87 |
| State v. Riffe | 107,486 | Denied .......... | 10/28/13 | Unpublished |
| State v. Rippel | 108,281 | Denied .......... | 11/04/13 | Unpublished |
| State v. Rodby | 106,626 | Denied .......... | 12/06/13 | Unpublished |
| State v. Rodriguez | 106,731 | Granted ......... | 10/17/13 | Unpublished |
| State v. Rucker | 106,504 | Denied .......... | 11/22/13 | Unpublished |
| State v. Ruiz | 108,573 | Denied .......... | 02/12/14 | Unpublished |
| State v. Russell | 107,292 | Denied .......... | 12/27/13 | Unpublished |
| State v. Sanchez | 106,828 | Denied .......... | 10/01/13 | 48 Kan. App. 2d 608 |
| State v. Sanchez | 108,919 | Denied .......... | 02/12/14 | Unpublished |
| State v. Savery | 106,116 | Denied .......... | 10/01/13 | Unpublished |
| State v. Simmons | 107,559 | Denied .......... | 11/20/13 | Unpublished |
| State v. Simms | 109,265 | Denied .......... | 12/27/13 | Unpublished |
| State v. Sisson | 106,580 | Granted ......... | 10/01/13 | Unpublished |
| State v. Smith | 107,266 | Denied .......... | 12/27/13 | Unpublished |
| State v. Smith | 107,447 | Denied .......... | 10/17/13 | Unpublished |
| State v. Smith | 108,162 108,163 | Denied .......... | 11/20/13 | Unpublished |
| State v. Spaw | 106,868 | Denied .......... | 10/28/13 | Unpublished |
| State v. Stewart | 107,723 | Denied .......... | 10/30/13 | Unpublished |